# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Tony T. Laster,

          Petitioner,

v.

Denise Wilson, Warden of FCI Sandstone MN,

          Respondent.

Civil No. 14-2069 (SRN/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1] is **DENIED**; and

3. This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 13, 2015

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge